UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| FRANK D. GRIFFIN | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | CASE NO.  4:18-cv-00181-RLY-DML |
| | ) | |
| GLA COLLECTION COMPANY, INC. | ) | |
| | ) | |
| Defendant | ) | |

## DEFENDANT'S COUNSELS' RESPONSE TO SHOW CAUSE FOR FAILURE TO APPEAR

The undersigned, as counsel for Defendant and in compliance with the Court's Order dated January 3, 2019, states as follows.

Defendant's counsels' failure to appear at the December 21, 2018 Pre-Trial Conference was due to a miscommunication between William Smith and Whitney Wood.  Ms. Wood typically does not work on Fridays and, therefore, believed William Smith was covering the telephonic pre-trial.  However, the day before the pre-trial, Ms. Wood mentioned to Mr. Smith she was planning to work on the Friday on which the telephonic pre-trial conference was to be held to make up time for work she was off when her infant was home sick.  Unfortunately, between Thursday and Friday, Ms. Wood contracted the stomach virus from her daughter and could not come into work as she was extremely ill.  Ms. Wood believed Mr. Smith was covering the pre-trial as she is regularly not scheduled to work on Fridays and Mr. Smith did not realize Ms. Wood was not at work until after the time for the pre-trial came and went. Counsel for Defendant greatly regrets the inconvenience their failure to participate in the call caused to both the Court and the parties. In advance of the conference, counsel for Plaintiff and the undersigned had conferenced the case and have been engaging in ongoing settlement negotiations.

1

Defendants' Counsel will make their selves available at the Court's need to provide any additional information the Court or Plaintiff deem necessary and that was not provided at the pretrial conference because of Defendant's counsels' absence.

The undersigned counsel called to apologize to the Court that day.  Counsel meant no disrespect to the Court and once again apologizes for failing to appear.

                Respectfully submitted,

                KIGHTLINGER & GRAY, LLP

By:   /s/ William E. Smith, III
       William E. Smith, III

       /s/ Whitney E. Wood
       Whitney E. Wood
       *Counsel for Defendant, GLA Collection Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on **January 7, 2018** a copy of the foregoing Response to Show Cause was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Nathan C. Volheim
Taxiarchis Hatzidimitriadis
Eric D. Coleman
SULAIMAN LAW GROUP, LTD.
2500 S Highland Avenue, Suite 200
Lombard, IL 60148
Phn:   (630) 575-8181 x 113
Fax:   (630) 575-8188
nvolheim@sulaimanlaw.com
thatz@sulaimanlaw.com
ecoleman@sulaimanlaw.com
*Counsel for Plaintiff*

                /s/William E. Smith, III
                William E. Smith, III
                Whitney E. Wood

KIGHTLINGER & GRAY, LLP
Bonterra Building, Suite 200
3620 Blackiston Boulevard
New Albany, IN 47150
Phone: (812) 949-2300
Fax: (812-9498556
wsmith@k-glaw.com
wwood@k-glaw.com