UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| FRANK D. GRIFFIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:18-cv-00181-RLY-DML |
| ) | |
| GLA COLLECTION COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

**SCHEDULING ORDER**

The court **SETS** this matter for a final pretrial conference on **JANUARY 9, 2020 at 10:30 a.m.** Counsel for parties are ordered to appear before the Honorable Richard L. Young, in room 200 of the U.S. Courthouse, 121 W. Spring Street, New Albany, Indiana 47150. This matter is also set for trial by jury on **JANUARY 21, 2020** at 9:00 a.m. in Room 200. The court has allotted two days for this trial.

**SO ORDERED** this 9th day of January 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record